IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROLF GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.: 2:22-cv-46 |

**O R D E R**

This matter is before the Court after August 18, 2023 telephonic status conference. The parties have a mediation scheduled with this Court on September 13, 2023. See Doc. 31. The parties state they want to avoid expert discovery costs and, therefore, were waiting until the mediation is completed before going forward with expert discovery. The Court hereby **STAYS** the deadlines in this case. The Court will take up any requests for modifications to the schedule after the mediation, if necessary.

**SO ORDERED**, this 21st day of August, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA